IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____MACON_____ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

_AMOS HUBBARD - 514884_

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

**Plaintiff**

VS.

_BUTTS COUNTY JAIL_
_SOUTHERN HEALTH PARTNERS_

(NAME OF EACH DEFENDANT)

**Defendant(s)**

**CIVIL ACTION NO:**

_____

## I. GENERAL INFORMATION

1. Your full name and prison number _AMOS HUBBARD JR. 514884_
2. Name and location of prison where you are now confined _BUTTS COUNTY JAIL_
3. Sentence you are now serving (how long?) _NOT SENTENCED_
   (a) What were you convicted of? _NOT CONVICTED_
   (b) Name and location of court which imposed sentence _N/A_
   (c) When was sentence imposed? _N/A_
   (d) Did you appeal your sentence and/or conviction?   Yes ☐   No ☑
   (e) What was the result of your appeal? _N/A - HAVE NOT WENT TO COURT YET._

(f) Approximate date your sentence will be completed __N/A__

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

   Yes ☐   No ☑

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
   (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:

   Plaintiff(s): __N/A__

   Defendant(s): __N/A__

   (b) Name of Court: __N/A__
   (c) Docket Number: __N/A__    When did you file this lawsuit? __N/A__
   (d) Name of judge assigned to case: __N/A__
   (e) Is this case still pending?    Yes ☐   No ☑
   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
   (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

   __N/A HAVE NOT BEEN TO COURT YET.__

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes ☐   No ☑

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
   (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:

   Plaintiff(s): __N/A__
   Defendant(s): __N/A__

   (b) Name of Court: __N/A__
   (c) Docket Number: __N/A__    When did you file this lawsuit? __N/A__
   (d) Name of judge assigned to case: __N/A__
   (e) Is this case still pending?    Yes ☐   No ☑

(f) If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

N/A

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis,* was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes ☐   No ☑

If your answer is Yes, state the name of the court and docket number as to each case:

N/A

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? @ BUTTS COUNTY JAIL

(a) Does this institution have a grievance procedure?   Yes ☑   No ☐
(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
Yes ☑   No ☐

(2) If Yes, what was the result? IF IT WAS ANSWERED AT ALL, I WAS TOLD IT WAS NOTED, BUT NOTHING WAS DONE. I STILL HAVE GRIEVANCES UNANSWERED FROM APRIL, IT'S JUNE 3RD NOW. TO THIS DAY I'M STILL IN CONSTANT PAIN.

(3) If No, explain why not:

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

I PUT IN REQUESTS STARTING AS FAR BACK AS 2-7-21, I SIGNED MEDICAL RELEASE FORMS, I TOLD NURSES TAMMY, KETANYA, THAT I NEEDED MY MEDICINE AND I WAS IN CONSTANT PAIN, I TOLD MAJOR A.C. LEE AND HE TOLD ME TO BE PATIENT AND ~~STOP WRITING GR~~ A-H

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?    Yes [✓]    No [ ]

(1) If Yes, to whom did you appeal and what was the result? To CAPTAIN OBERSE, I WAS ~~ENTER~~ AH INFORMED THAT THERE WAS NOTHING HE OR THE JAIL COULD DO BECAUSE MEDICAL ARE PRIVATE CONTRACTORS.

(2) If No, explain why you did not appeal: _____

10. In what other institutions have been confined? Give dates of entry and exit.

JACKSON STATE PRISON, JOHNSON STATE, WHEELERS, MACON STATE, AUGUSTA STATE, ROGERS STATE, I CAN'T REMEMBER THE DATES.

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

BUTTS COUNTY JAIL   835 ERNEST BILES DRIVE, JACKSON, GA. 30233

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

MAJOR A.C. LEE - BUTTS COUNTY JAIL; CAPT. OBERSE - BUTTS COUNTY JAIL, SGT. JAMES - GRIEVANCE COORDINATOR - BUTTS COUNTY JAIL, MEDICAL OFFICER LEWIS - BUTTS COUNTY JAIL, PROVIDER NURSE MICHEAL MCMUNN - SOUTHERN HEALTH PARTNERS, NURSE TAMMY - SOUTHERN HEALTH PARTNERS, NURSE KETANYA - SOUTHERN HEALTH PARTNERS AND AT THE JAIL, NURSE MISTY - SOUTHERN HEALTH PARTNERS AND JAIL

(9C)

THAT I NEEDED TO STOP WRITING GRIEVANCES, WHEN I APPEALED A GRIEVANCE TO CAPT. OBERSE HE INFORMED ME THAT THE MEDICAL STAFF WAS ALL PRIVATE CONTRACTORS. I INFORMED SGT. JAMES THE GRIEVANCE COORDINATOR, MEDICAL OFFICER LEWIS WHO HAS ON SEVERAL OCCASIONS WITNESS ME IN SO MUCH PAIN FROM DIABETIC NEUROPATHY I COULD HARDLY WALK, WHILE OFFICER LEWIS ESCORTED ME BACK TO MY DORM FROM MEDICAL ON SEVERAL OCCASIONS I'VE HAD TO STOP, REMOVE MY FOOT FROM MY SLIDE AND LEAN AGINST THE WALL WHILE THE PAIN LEVEL WENT DOWN. I ATTEMPTED TO TALK TO THE PROVIDER NURSE MICHEAL MCMUNN BUT HE REFUSED TO DISCUSS IT. I ALSO TALKED TO OFFICER JIM MCADAMS, OFFICER GRADY MCMICHEAL OFFICER BLACKMAN, OFFICER ALLEN, AND I ALSO ASKED MY ATTORNEY LESLIE JONES FOR HELP IN THE MATTER, I DON'T KNOW ALL THE DATES, AND THE FEW I DO KNOW ARE ON THE GRIEVANCES THAT SGT. JAMES THE GRIEVANCE COORDINATOR AND BUTTS COUNTY JAIL STAFF HAVE HIDDEN 95% OF MY GRIEVANCES FROM ME, THEY WERE ON THE KIOSKS, I ASKED FOR COPIES IN APRIL OF 2021, AGAIN IN MAY 2021, AND AS OF 6-2-21 MOST OF MY GRIEVANCES HAVE DISAPPEARED OFF THE KIOSKS; WHEN I ASKED SGT. JAMES WHY MY GRIEVANCES HAVE DISAPPEARED OFF THE KIOSKS, SHE TOLD ME THEY WERE TAKEN OFF TO MAKE COPIES, THAT WAS 3 WEEKS AGO AND COUNTING. WHY WOULD IT TAKE MONTHS TO MAKE COPIES OF MY GRIEVANCES, IT SEEMS THEY ARE PURPOSELY CONCEALING MY GRIEVANCES FROM ME, AND IN DOING SO CONCEALING VALUABLE EVIDENCE I NEED TO PROSECUTE MY CASE.

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

**DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME;** if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, and <u>DIRECT</u>! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? BUTTS COUNTY JAIL

WHEN do you allege this incident took place? 2-1-21

WHAT happened? #1 ON FEB 1ST 2021 THE MEDICINE I HAVE BEEN TAKING FOR DIABETIC NERVE PAIN WAS STOPPED, I WAS IN MEDICAL CELL #1, I HAD COVID 19, MY MEDICINE WAS STOPPED WITHOUT ANY TYPE OF EXAMINATION AT ALL, IT WAS STOPPED BY NURSE TAMMY UNDER THE ORDERS OF THE PROVIDER NURSE MICHEAL MCMUNN, SINCE THEN THE NUMBING HAS SPREAD FROM FINGERS OF MY LEFT HAND TO BELOW MY WRIST, I CAN NO LONGER TELL IF TWO OF MY FINGERS ON MY LEFT HAND ARE BALLED UP OR STRAIT WITHOUT LOOKING AT THEM, IT'S EXTREAMILY PAINFULL IF ANYTHING TOUCHES THEM, NO MATTER WHAT THEY ALWAYS FEEL BALLED UP, I HAVE MORE TROUBLE GRABBING AND HOLDING THINGS, I DROP THINGS OFTEN, MY FEET ARE CONSTANTLY BURNING, AT TIMES MY TOES JUST TURN ICE COLD, MOST OF THE TIME IT FEELS LIKE I'M WALKING ON LITTLE PIECES OF BROKEN GLASS, AND THERES THE INTENSE STABBING PAIN THAT FEELS LIKE SOMEONE IS INSIDE MY FEET AND TRYING TO CUT IT'S WAY OUT THRU THE BOTTOM OF MY FEET, AND ALL OF THIS IS CONSTANT WITH NO WARNING, AT NIGHT WHEN I'M TRYING TO SLEEP THE PAIN IS SO INTENSE I HAVE TO STAND UP AND PUT PRESSURE ON MY FEET TO HELP WITH THE STABBING PAIN, I HAVE TROUBLE WALKING I USE A CANE TO WALK WITH, I PUT IN MEDICAL REQUESTS TO SEE A DOCTOR AND SPECIALIST AND I WAS TOLD THAT I WOULD SEE THE PROVIDER NURSE MCMUNN ON HIS NEXT VISIT

## V. STATEMENT OF CLAIM

**#1**

I WAS NEVER SEEN OR EXAMINED BY A DOCTOR OR THE PROVIDER NURSE MCMUNN, EVEN THOUGH THE PROVIDER NURSE MCMUNN HAS BEEN HERE TO THE JAIL MANY TIMES, HE HAS NEVER EXAMINED ME, I CAN HARDLY MOVE OR FEEL MY TOES ON MY LEFT FOOT, I WEAR SHOWER SLIDES SO YOU CAN SEE MY FEET, ANYONE WHO LOOKS AT MY FEET AND KNOW I'M A DIABETIC SHOULD KNOW THEY NEED MEDICAL ATTENTION. I HAVE BEEN TAKING THIS MEDICINE SINCE 2004 FOR DIABETIC NERVE PAIN.

## V. STATEMENT OF CLAIM

#2

I'M A DIABETIC, AND BEING THAT, I'M SUPPOSE TO TAKE EXTRA CARE OF MY FEET, FOR MONTHS I HAVE BEEN ASKING TO BE SEEN AND EXAMINED BY A FEET DOCTOR, SKIN HAS GROWN UNDER MY TOE NAILS AND HAS GROWN OUT TO THE TIP OF THE NAILS. I HAVE NOT BEEN ABLE TO PROPERLY CUT THE NAILS WITHOUT MY TOES BLEEDING, THE SKIN HAS GROWN OUT SO FAR THAT MY TOE NAILS LOOK LIKE TALONS, THE NAILS ARE SO LONG THEY PUSH AGINST THE FLOOR, MY SHOES, OR SLIDES WHEN I WALK CAUSING MORE PAIN TO FEET THAT ALREADY HURT. I ASKED FOR PICTURES TO BE TAKEN OF MY FEET AND WAS TOLD BY MAJOR LEE NOT TO FILE GRIEVANCES ON HIS OFFICERS FOR NOT TAKING PICTURES OF MY FEET, HE ACCUSED ME OF FILING A GRIEVANCE ON SGT. JAMES FOR NOT TAKING PICTURES OF MY FEET, WHEN TRUTH IS I FILED A GRIEVANCE ON SGT. JAMES ON 5-18-21 FOR NOT GIVING ME COPIES OF MY GRIEVANCES EVEN THOUGH I HAVE BEEN ASKING AND REQUESTING FOR MONTHS, AND I HAD LEGAL MAIL MAILED OUT TO ME ON THE 7TH OF MAY 2021, FROM ONLY ABOUT AN HOUR AWAY, ELEVEN DAYS LATER AND I STILL DON'T HAVE MY LEGAL MAIL, DAYS EARLIER I HAD A FAMILY MEMBER GET MY LAWYER TO CHECK ON IT AND WAS TOLD IT WAS DELIVERED TO THE JAIL, SGT. JAMES DOES THE MAIL, ON THE 18TH OF MAY 2021 I FILED THE GRIEVANCE ON SGT. JAMES AND LATER THAT EVENING I ASKED SGT. WORDLY ABOUT IT, I TOLD HIM THAT MY LEGAL MAIL WAS BEING HELD UP, AND I ASKED HIM TO CHECK ON IT, AROUND 30 MINUTES LATER HE CAME BACK AND GAVE ME MY LEGAL MAIL

#2 PAGE 2                              V. STATEMENT OF CLAIM
#2

LEGAL MAIL, THAT WAS AROUND 9:30 P.M. ON THE 18TH.
THE GRIEVANCE I WROTE DIDN'T HAVE ONE WORD IN IT ABOUT TAKING
PICTURES OF MY FEET.
THE NAIL ON MY RIGHT BIG TOE GOT SO LONG IT CRACKED IN THE MIDDLE
OF MY TOE, IT BLED, I REPORTED IT, BUT NOTHING WAS DONE,
DAYS LATER WHILE IN THE SHOWER, BECAUSE MY SLIDES ARE TOO BIG
AND MY NAILS ON MY TOE ARE SO LONG THE NAIL THAT WAS CRACKED
BROKE OFF, AND IT STILL WAS DAYS LATER BEFORE I WAS SEEN,
EVEN THOUGH I COMPLAINED ABOUT THE PAIN AND THE BLEEDING.

## V. STATEMENT OF CLAIM

#3

I AM A DIABETIC, I AM CLOSE TO DYALISIS, MY NUMBERS WERE GOOD, THEY STAYED IN THE RANGE OF 80 TO 160, ON 3-31-2021 I WENT TO SEE MY KIDNEY DOCTOR WHO TOLD ME MY NUMBERS AND KIDNEYS WERE LOOKING BETTER, ON 4-2-21 MY INSULIN DOSAGE WAS CUT BY MORE THAN HALF, SINCE THEN MY BLOOD SUGAR HAS RANGED FROM 240 TO 560, IT HAS BEEN HIGH EVERYDAY SINCE. COMMON SENSE SHOULD TELL YOU MY INSULIN DOSAGE WAS LOWERED TOO LOW AFTER BEING HIGH EVERYDAY FOR OVER 3 MONTHS, MY BLOOD SUGAR HAS BEEN HIGH EVERYDAY. I HAVE PUT IN REQUEST TO HAVE MY INSULIN RAISED, I WAS TOLD BY NURSE KETANYA WHEN MY INSULIN WAS LOWERED THAT IF MY NUMBERS WENT TOO HIGH MY INSULIN WOULD BE RAISED BACK UP. I WAS TOLD BY THE HEAD NURSE KETANYA THAT THE ORDER TO LOWER MY INSULIN WAS GIVEN BY NURSE MCMUNN, AND HE REFUSED TO RAISE MY INSULIN BACK BECAUSE HE SAID MY KIDNEY DOCTOR GAVE ORDERS TO LOWER IT. IT IS NOW 7-19-2021 AND MY BLOOD SUGAR HAS BEEN HIGH EVERYDAY, ON 6-30-2021 I GOT TO SEE MY KIDNEY DOCTOR AND I ASKED HER IF SHE GAVE THE ORDER TO HAVE MY INSULIN DOSAGE LOWERED, SHE SAID NO SHE DID NOT, THAT SHE HAD NO KNOWLEDGE OF, NOR TALKED TO ANYONE, OR HAD ANYTHING TO DO WITH MY INSULIN DOSAGE BEING CUT, SHE TOLD ME ANY CHANGES SHE MAKE SHE ALWAYS DISCUSS THEM WITH ME FIRST. I THINK MCMUNN IS TRYING TO CAUSE ME HARM FOR REPORTING NURSE TAMMY WHEN SHE HAD ME FOR DAYS TAKING THE WRONG MEDICINE.

V. STATEMENT OF CLAIM

#4

On Saturday February 27th 2021 I was in medical for my morning insulin and meds, I watched as Nurse Misty pulled my multi vitamin with her bare ungloved hand, she held my pill in her hand then she dropped the pill in the cup with my other meds, then she handed me the cup, I looked inside the cup and noticed my calcium pill was not in the cup and I told her it was not in the cup, I suffer from muscle spasm, I have for years, I was holding the cup of pills talking to Officer Jim McAdams while Nurse Misty was looking for my calcium pill and I was hit by a muscle spasm in my right arm causing my arm to jerk, my pills were tossed out of the cup and wasted on the floor, Officer McAdams picked up the pills off of the floor and placed them on the nurse pill cart, Nurse Misty looked at me and said "I'm not pulling them again", and she waited for me to take the pills that had fallen on the floor and put them in my mouth, I don't put anything in my mouth that has fallen on the floor, nor should any human being, to do so would be less than human, and to be subjected to it is to be treated less than human. It's bad enough to take pills coming from her naked hands, but off the nasty floor is unthinkable. I did not get my morning meds that day, which included my blood pressure medicine, Officer McAdams witnessed the entire incident.

V. STATEMENT OF CLAIM

\#5

IT HAS BEEN WELL OVER A YEAR SINCE I WAS TOLD OUR HOT WATER WOULD BE REPAIRED AND IT STILL HAS YET TO HAPPEN, I AVERAGE A SHOWER EVERY 7 TO 10 DAYS AND HAVE HAD TO WAIT ON OCCASION UP TO 21 DAYS TO TAKE A SHOWER, WE HAVE NO HOT WATER IN OUR DORM AND MY SHOWER EXPERIENCES HAVE RANGED FROM UNCOMFORTABLE TO PAINFUL, I WAS TAKEN TO T-HALL TO SHOWER AND THE WATER WAS SCALDING HOT, IT WENT FROM WARM TO SCALDING WITH NO WARNING, IT WAS SO HOT AND PAINFUL I WAS FORCED TO GET OUT OF THE SHOWER COVERED IN SOAP, I WIPED OFF THE SOAP WITH MY TOWEL, THE WATER WAS WAY TOO HOT TO GET BACK IN AND RINSE OFF THE SOAP. WHEN I INFORMED SGT. JAMES HOW HOT THE WATER IS ALL SHE SAID WAS "OH WELL", I AM IN THE DORM WITH EMMANUEL NESBITT HE ALSO HAS BEEN GOING THRU UNNECESSARY HARDSHIP IN THIS DORM FOR WELL OVER A YEAR ALONG WITH ME, THERE IS NO HOT WATER, AND NO HEAT IN THE WINTER TIME, WE BOTH HAVE REPORTED THIS BUT NOTHING HAS BEEN DONE.

I HAVE TROUBLE STANDING FOR PERIODS OVER 10 MINUTES AT A TIME BOTH IN PRISON AND ON THE STREETS DOCTORS HAVE TOLD ME NO PROLONG STANDING OR WALKING, THE ONLY PLACE IN THIS JAIL THAT HAS A SHOWER CHAIR IS BOOKING, AND IT TAKES ME DAYS TO GET TO BOOKING AND GET A SHOWER.

## V. STATEMENT OF CLAIM

#6

It is Friday 8-13-21, I have a very bad toothache and was just told that it's the policy of Southern Health Partners that I can't recieve any kind of pain medicine like Tylenol or Ibuprofin for 30 days no matter how bad I hurt from my toothache or any other pain, I got generic Tylenol last week for my tooth that is broken in half resulting in extreme pain, since I got generic Tylenol last week I can't get them again for 30 days, the orasol gel that they call ora-gel only works for a half hour or so and then the pain is back, it's Friday and I have to suffer untill Monday, and that's IF THE DENTIST shows up. To be forced to endure this kind of pain is inhumane, I can not believe a human being would allow another human being to suffer like I have, it is to be treated less than human, because of a policy I guess to save money, we inmates are treated less than animals, and I just found out the dentist cancelled, so that's more waiting and more suffering, and because of a policy, I have to endure more suffering at the hands of Southern Health Partners, they seem to think they can put a time limit on pain, when in reality pain has no limits, it just knows hurt and suffering, they save pennies on pills at the cost of our, we the inmates, endless suffering.

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

MAJOR LEE TOLD ME BE PATIENT WHEN MY PAIN MED FOR NERVE PAIN WAS STOPPED, SAID THEY HAD TO EXAMINE ME. - OFFICERS MCADAMS AND BLACKMAN AND OFFICER LEWIS, ALL HAVE SEEN ME IN PAIN GOING BACK AND FORTH TO MEDICAL, CAPT. OBERSE, OFFICER SMITH, OFFICER SISTER KATE, OFFICER ALLEN, INMATE EMMANUEL NESBITT, OFFICER GRADY MC.MICHEAL, MY ATTORNEY LESLIE JONES, KAMYAR MADANI - INTERNAL MEDICINE

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

2,000,000 IN RELIEF, 1.5 MILLION FOR PAIN AND SUFFERING 250,000 FOR MENTAL STRESS AND 250,000 FOR PERMANENT INJURY

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 24TH day of AUGUST, 20 21.

_____
PLAINTIFF

QUESTION 14

MAJOR LEE KNEW I WAS HURTING, I HAD TOLD HIM I NEEDED MY MEDICINE. AND HE TOLD ME TO BE PATIENT.
OFFICER MCADAMS WITNESSED THE ENTIRE INCIDENT ON 2-27-21 AND WAS AWARE OF SOME OF MY MEDICAL PROBLEMS.
MEDICAL OFFICERS MCMICHEAL AND LEWIS BOTH HAVE WITNESSED ME HAVING TROUBLE WALKING FROM NERVE PAIN.
OFFICERS SISTER KATE, AND OFFICER DUPREE WOULD HELP ME GET SHOWERS, AND ARE AWARE OF THE TROUBLE I HAVE GETTING A SHOWER.
MY KIDNEY DOCTOR KAMYAR MADANI TOLD ME SHE KNEW NOTHING ABOUT MY INSULIN BEING LOWERED, BUT MCMUNN SAID SHE DID.
MY ATTORNEY LESLIE JONES HAS TRIED TO HELP ME GET MY NERVE PAIN MEDICINE BY CONTACTING THE FEDERAL MARSHALL.