

**ERICA L. WOODFORD, CLERK**
BIBB COUNTY SUPERIOR COURT
P.O. BOX 1015
MACON, GEORGIA 31202

RETURN SERVICE REQUESTED

UNITE
MIDD
475 M
MACO



US POSTAGE™ PITNEY BOWES

ZIP 31201 $ 001.76⁰
02 4W
0000368250 DEC 03 2021

ED STATES DISTRICT COURT-
LE DISTRICT OF GEORGIA
ULBERRY STREET, STE. 216
N, GA 31201