IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

AMOS HUBBARD,

        Plaintiff,

V.

MICHAEL MCMUNN, DNP, and
SOUTHERN HEALTH
PARTNERS, INC.,

        Defendants.

NO. 5:21-cv-00435-MTT-CHW

## ORDER

Plaintiff Amos Hubbard filed this case as a *pro se* inmate, and his deliberate indifference claims against Defendants McMunn and Southern Health Partners, Inc., were permitted to move forward. (Docs. 4, 12). Plaintiff died while in custody, and a suggestion of death has been docketed. (Doc. 21). Since Plaintiff's death, an attorney has entered an appearance for Plaintiff (Doc. 22), and Defendants have filed a motion for summary judgment. (Docs. 23, 25).[1]

Based upon his appearance, Plaintiff's counsel filed a motion asking that discovery be re-opened and extended for 180 days. Defendants have filed no objection or response to the motion. The Court hereby **GRANTS** Plaintiff's motion for extension of time to complete discovery (Doc. 26) but only re-opens and extends discovery for **120 days**. This discovery period will conclude on March 1, 2023.

---

[1] Defendants filed a joint motion, which appears twice on the docket.

In light of the extension of discovery, Defendants' motion for summary judgment (Docs. 23, 25) is **TERMINATED**, without prejudice to Defendants' right to renew the motion once discovery is complete. Dispositive motions will be due on March 31, 2023.

**SO ORDERED**, this 31st day of October, 2022.

s/ Charles H. Weigle<br>
Charles H. Weigle<br>
United States Magistrate Judge