IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| AMOS HUBBARD, | : |
| Plaintiff, | : |
| V. | : |
| | : NO. 5:21-cv-00435-MTT-CHW |
| MICHAEL MCMUNN, DNP, and SOUTHERN HEALTH PARTNERS, INC., | : |
| Defendants. | : |

**ORDER**

Following a suggestion of Plaintiff's death on September 19, 2022, (Doc. 21), the administrator of Plaintiff's estate, Latasha Dorsey, has filed a motion to substitute herself as Plaintiff pursuant to Rule 25 of the Federal Rules of Civil Procedure. (Doc. 35). Ms. Dorsey was appointed administrator of Plaintiff's estate by the Athens-Clarke County Probate Court on January 23, 2023 (Doc. 35-1) and received Letters of Administration on January 26, 2023. (Doc. 35-2). Based upon her appointment as administrator of Plaintiff's estate, the motion to substitute parties (Doc. 35) is **GRANTED**. The docket should be amended to reflect the Plaintiff as <u>Latasha Dorsey, as administrator of the estate of Amos Hubbard, deceased</u>.

**SO ORDERED**, this 10th day of February, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge