IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LATASHA DORSEY, as Administrator Of the Estate of AMOS HUBBARD | ) ) CIVIL ACTION FILE ) NO. 5:21-CV-00435-MTT-CHW |
| Plaintiff, | ) ) |
| v. | ) ) |
| MICHAEL MCMUNN, DNP, | ) ) |
| Defendant. | ) ) ) |

**DEFENDANT MICHAEL MCMUNN, DNP'S SUPPLEMENTAL MOTION IN LIMINE**

COMES NOW Defendant Michael McMunn, DNP ("Defendant McMunn") and supplements his motions in limine as follows. This motion is intended to supplement, not supersede Defendant McMunn's original motions in limine, which he reasserts and incorporates herein by reference. (Doc. 54.)

### 4. Plaintiff Should Be Precluded From Suggesting That Defendant McMunn Caused or Contributed to Mr. Hubbard's Death.

While this action was pending, Mr. Hubbard died as the result of hypertensive heart disease with arteriosclerotic coronary vascular disease. Nothing in Mr. Hubbard's autopsy suggested that his foot condition played any role in his death, or that any act or omission of Dr. McMunn caused or contributed to Mr. Hubbard's death. Indeed, this case does not involve a wrongful death claim, nor does the Plaintiff have standing to assert such a claim. Nonetheless, Plaintiff has recently

asserted outside of Court that Mr. Hubbard's death resulted from medical neglect by Dr. McMunn. Because there is absolutely no evidence in support of this assertion, it has no probative value, and if any such suggestion is made at trial, it is likely to significantly confuse the issues and mislead the jury, resulting in unfair prejudice to Dr. McMunn. See Fed. R. Evid. 403.

Accordingly, Dr. McMunn respectfully requests that this Court order Plaintiff, her counsel, and her witnesses not to make any argument, statement, or reference before the jury which might suggest that Dr. McMunn in any way caused or contributed to Mr. Hubbard's death.

This 17th day of September, 2024.

By: /s/ Mary Ellen A. Lighthiser
MICHAEL D. FLINT
Georgia Bar No. 264725
MARY ELLEN A. LIGHTHISER
Georgia Bar Number 105407
*Attorneys for Michael McMunn*

McClure & Kornheiser, LLC
6400 Powers Ferry Road NW, Suite 150
Atlanta, GA 30339
Telephone: (678) 388-268080
E-mail: mflint@mcclurelegal.com
mel@mcclurelegal.com

## CERTIFICATE OF SERVICE

I certify that on this day I filed the within and foregoing DEFENDANT MICHAEL MCMUNN'S SUPPLEMENTAL MOTION IN LIMINE using the CM/ECF System for the federal District Court for the Middle District of Georgia. Further, a true and correct copy of the foregoing was sent to the following via electronic mail to the following counsel of record:

Malcolm A. Palmore, Esq.
Palmore, Boenig & Associates
575 Research Drive
Suite C
Athens, Georgia 30605
mpalmore@pba-georgialawyers.com

This the <u>17th</u> day of September, 2024.

/s/ Mary Ellen Lighthiser
Mary Ellen Lighthiser
Georgia Bar No. 105407

McClure & Kornheiser, LLC
6400 Powers Ferry Road NW
Suite 150
Atlanta, GA 30339
Telephone:  (678) 388-2680
E-mail:     mflint@mcclurelegal.com
            mel@mcclurelegal.com