

**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

**MINUTE SHEET
OF COURT PROCEEDINGS**

| | | | |
|---|---|---|---|
| Date: | 10/10/2024 | Type of Hearing: | Pretrial Conference |
| Judge: | Marc T. Treadwell | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Kim Tavalero | | |
| Courtroom: | A | | |

**Case Number:  5:21-cv-435 (MTT)**

| | | | |
|---|---|---|---|
| Latasha Dorsey, as administrator of estate of Amos Hubbard, deceased | Counsel: | Malcolm Palmore<br>Markus Boenig |
| v. | | | |
| Michael McMunn | Counsel: | Mary Ellen Lighthiser |

*Disclaimer:  Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:**  1 hour / 10 minutes

| | |
|---|---|
| 2:02 pm | Called to order.  Preliminary remarks by the Court. |
| 2:03 pm | Discussion regarding proposed pretrial order.<br>Discussion regarding possible witnesses.<br>Discussion regarding exhibits.<br>Discussion regarding jury charges and verdict form.<br>Discussion regarding defendant's motion in limine (Doc. 54).  The Court ruled as follows:<br>  1. Prior Cases - **GRANTED**<br>  2. Previously Dismissed Claims - **GRANTED**<br>  3. Evidence/Witness Testimony Not Produced - **GRANTED**<br>Discussion regarding defendant's supplemental motion in limine (Doc. 73).   The Court ruled as follows:<br>  4. Suggesting Defendant Caused/Contributed to Death - **GRANTED**<br>Discussion regarding recent mediation.<br>Discussion regarding jury questionnaires and jury selection.<br>The Court **INSTRUCTED** the parties to submit proposed voir dire |

Dorsey v McMunn
5:21-cv-435 (MTT)
Page 2

                questions and plaintiff's counsel to submit a list of heirs of the estate **no later than October 25, 2024.**
                The parties were **INSTRUCTED** to submit revised witness lists and revised exhibit lists the week before trial.

3:12 pm      Adjourned.