IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LATASHA DORSEY , *as Administrator of the estate of deceased* AMOS HUBBARD<br>　　　　Plaintiff,<br>v.<br><br>MICHEAL MCMUNN,<br>*Provider Nurse at Southern Health Partners*<br>　　　　Defendant. | *<br>*<br>Case No.  5:21-cv-00435-MTT-CHW<br>*<br>*<br>* |

## **J U D G M E N T**

Pursuant to the jury verdict dated November 7, 2024and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant.  Defendant shall also recover costs of this action.

This 7th day of November, 2024.

　　　　　　　　　　　　　　　　　　　　　David W. Bunt, Clerk

　　　　　　　　　　　　　　　　　　　　　s/ Raven K. Alston, Deputy Clerk